**LEAR SIEGLER, INC., ENERGY PRODUCTS DIVISION,**
**Plaintiff–Appellee/Cross Appellant,**

v.

**William L. BALL, III, Secretary of the Navy, et al.,**
**Defendants–Appellants/Cross–Appellees.**

**LEAR SIEGLER INC.,**
**Plaintiff–Appellee,**

and

**United States Senate; United States House of Representatives,**
**Plaintiffs–Intervenors–Appellees,**

v.

**William L. BALL, III, Secretary of the Navy; William Stevenson, Contracting Officer, Defendants–Appellants.**

**Nos. 86–6496, 87–5698 and 87–5670.**

United States Court of Appeals, Ninth Circuit.

Dec. 22, 1988.

ORDER

Before GOODWIN, Chief Judge, BROWNING, WALLACE, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS,

REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, and TROTT, Circuit Judges.

Upon the vote of a majority of the nonrecused active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.